# Third District Court of Appeal
## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0567
Lower Tribunal No. 14-27492
_____

**Bianca Hudson,**
Appellant,

vs.

**Cosmic Corporation, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Law Offices of William F. Souza, P.A., and William F. Souza, and Ted Roemer, for appellant.

Perez Law Group, P.A., and Luis N. Perez, for appellees.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.